## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DUKE ENERGY FAYETTE II, LLC

                 v.

FAYETTE COUNTY BOARD OF
ASSESSMENT APPEALS

                 v.

FAYETTE COUNTY, GERMAN
TOWNSHIP AND ALBERT GALLATIN
AREA SCHOOL DISTRICT

PETITION OF: ALBERT GALLATIN AREA
SCHOOL DISTRICT

: No. 314 WAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of December, 2015, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

(1)    Whether Fayette County's reassessment of improved power plant real estate located within a Keystone Opportunity Zone and exempt from real estate taxation constituted a spot reassessment where the reassessment occurred in the year immediately following expiration of the Keystone Opportunity Zone tax exemption?

Mr. Justice Eakin did not participate in the decision of this matter.